CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-226-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION FOR COMPASSIONATE RELEASE |
| VALENTIN BUTOV, | ) | |
| Defendant. | ) | |

Upon review of the defense's motion requesting permission to file an over-length motion for compassionate release in excess of 12 pages; the Court finds good cause and by leave of the Court, the motion is GRANTED.

IT IS SO ORDERED.

DONE this 17th day of September, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Valentin Butov

ORDER GRANTING MOTION TO FILE OVERLENGTH
MOTION FOR COMPASSIONATE RELEASE
(*US v. Valentin Butov*; CR16-226RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**