CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-226-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE MOTION TO SEAL EXHIBITS |
| VALENTIN BUTOV, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the Defendant, Valentin Butov, to file Exhibits B, C, D, F and K, under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the listed exhibits under seal.

IT IS ORDERED that Exhibits B, C, D, F and K shall be filed under seal and secured from public viewing until further order of this Court.

DONE this 17th day of September, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Federal Public Defender
Attorney for Valentin Butov

ORDER GRANTING DEFENSE MOTION TO SEAL EXHIBITS
(*US v. Valentin Butov*; CR16-226RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100