CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VALENTIN BUTOV,<br><br>  Defendant. | No. CR 16-226RSM<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY REGARDING MOTION FOR COMPASSIONATE RELEASE |

Upon review of the defense's motion requesting permission to file an over-length reply for compassionate release in excess of 6 pages; the Court finds good cause and by leave of the Court, the motion is GRANTED.

IT IS SO ORDERED.

DONE this 2nd day of October 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Valentin Butov

ORDER GRANTING MOTION TO FILE
OVERLENGTH REPLY REGARDING MOTION
FOR COMPASSIONATE RELEASE
(*United States v. Valentin Butov*; CR16-226RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100