THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-226-RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO PROVIDE PROBATION'S VIOLATION REPORT AND MEMORANDUM |
| VALENTIN BUTOV, | ) | |
| Defendant. | ) | |

This matter comes before the Court upon Valentin Butov's motion requesting copies of any pending United States Probation violation petitions and memorandums in support of those petitions. Defense counsel further requests permission to provide a copy of the documents to Mr. Butov and to his state court attorney.

The Court has considered the motion and record in this case and finds the request reasonable and justified. IT IS THEREFORE ORDERED that:

(1) United States Probation shall promptly provide copies of all pending violation petitions and memorandums; and

(2) Defense counsel is permitted to provide a copy of those documents to Mr. Butov and to state defense counsel.

///

///

///

ORDER GRANTING MOTION TO PROVIDE PROBATION'S VIOLATION REPORT AND MEMORANDUM
(*United States v. Butov*; CR16-226-RSM)    - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DONE this 23rd day of May 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Vanessa Pai-Thompson*
Attorney for Valentin Butov

ORDER GRANTING MOTION TO PROVIDE
PROBATION'S VIOLATION REPORT AND
MEMORANDUM
(*United States v. Butov*; CR16-226-RSM)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**