THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-226-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH HEARING BY VIDEO |
| VALENTIN BUTOV, | |
| Defendant. | |

THE COURT has considered Valentin Butov's unopposed motion to proceed with a hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* W.D. Wash. Gen. Ord. No. 04-20 (Mar. 30, 2020); *see also* W.D. Wash. Gen. Ord. Nos. 14-21, 16-21.

THE COURT ORDERS that a hearing be scheduled by video on June 7, 2023, at 1:00 p.m.

DONE this 25th day of May 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Valentin Butov

ORDER TO PROCEED WITH
HEARING BY VIDEO
(*U.S. v. Butov*, CR16-226-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**